UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MICHAEL ROBERTSON, | |
|---|---|
| Plaintiff, | Case No. 13-cv-05485-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| COUNTY OF SANTA CRUZ, et al., | |
| Defendants. | |

On 05/20/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 11/06/2014 at 1:30 pm. |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 12/09/2014 |
| Expert Discovery Cut-Off | 02/23/2015 |
| Last Day to Hear Dispositive Motions | 03/12/2015 at 9:00 am. |
| Final Pretrial Conference | 06/04/2015 at 2:30 pm. |
| Trial | 06/15/2015 at 9:00 am. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT Motions in Limine will be heard at the Final Pretrial
6  Conference set for 06/04/2015 at 2:30.
7    IT IS FURTHER ORDERED THAT Expert Reports are due by 01/23/2015.
8    IT IS FURTHER ORDERED THAT a Case Management Statement is due by 10/30/2014.

Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge