United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>Defendants. | Case No.   13-cv-05485-BLF<br><br>**AMENDED CASE MANAGEMENT ORDER**<br><br>[Re: ECF 25] |

On October 29, 2014, the parties submitted a Joint Case Management Conference Statement; And Stipulation and Request to Continue Trial and Related Dates. ECF 25. After reviewing the parties' joint statement, the Court does not find any issues that require case management and accordingly VACATES the further case management conference presently scheduled for November 6, 2014 at 1:30 p.m.

Pursuant to the joint request of the parties, IT IS HEREBY ORDERED that the following schedule shall apply in this case:[1]

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | March 23, 2015 |
| Fact Discovery Cut-Off | February 9, 2015 |
| Expert Discovery Cut-Off | May 15, 2015 |

---

[1] Minor alterations made to conform to the Court's hearings calendar.

| | |
|---|---|
| Last Day to Hear Dispositive Motions | June 11, 2015 at 9:00 a.m. |
| Final Pretrial Conference | September 3, 2015 at 2:30 p.m. |
| Trial | September 14, 2015 at 9:00 a.m. |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties may request a further case management conference by submitting a written request.

Dated:  November 4, 2014

_____
BETH LABSON FREEMAN
United States District Judge

2